**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| TITLEMAX OF SOUTH CAROLINA, INC.<br><br>Plaintiff,<br><br>v.<br><br>JAMEL JAMES and ESTATE OF JAMEL JAMES,<br><br>Defendants. | Civil Action No. 0:25-cv-08587-CMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, TitleMax of South Carolina, Inc., by and through his undersigned attorneys, hereby files this Notice of Voluntary Dismissal without Prejudice dismissing its complaint against all Defendants, without prejudice. Defendants have not filed an answer or motion for summary judgment in response to Plaintiff's Complaint.

Dated: January 13, 2026

Respectfully submitted,

**GALLIVAN, WHITE & BOYD, P.A.**

*/s/ John T. Lay, Jr.*
John T. Lay, Jr. (Fed ID 5539)
Jordan M. Crapps (Fed ID 12418)
J. Clayton Mitchell (Fed ID 11739)
PO Box 7368
jlay@gwblawfirm.com
jcrapps@gwblawfirm.com
cmitchell@gwblawfirm.com
(803) 779-1833 Ofc

*Attorneys for Plaintiff TitleMax of South Carolina, Inc.*